**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01038-CV

### DALLAS COUNTY, Appellant

### V.

### JOSE GARCIA, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13122**

## ORDER

Before the Court is appellee's December 3, 2018 unopposed motion for extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on November 28, 2018 filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE